UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                          :
ROBERT BOSCH GMBH AND ROBERT BOSCH LLC, :
                                                          :
                          Plaintiffs,                     :
                                                          :
           -v-                                            :           26-CV-3986 (JAV)
                                                          :
THE INDIVIDUALS, CORPORATIONS, LIMITED          :           ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND          :
UNINCORPORATED ASSOCIATIONS IDENTIFIED          :
ON SCHEDULE A TO THE COMPLAINT,                 :
                                                          :
                          Defendants.                     :
                                                          :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On May 22, 2026, Plaintiffs Robert Bosch GmbH And Robert Bosch LLC ("Plaintiffs")

filed a motion to temporarily seal the documents located at ECF No. 8.  ECF No. 7 ("Motion to

Seal").  For the reasons stated therein, the Motion to Seal is **GRANTED** until further Order of

this Court.  It is **FURTHER ORDERED** that Plaintiff shall file a letter regarding the continuing

need for sealing when (1) there is no longer a need to keep the matter under seal or (2) within 28

days of this Order, whichever is earlier.

The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

Dated:  June 12, 2026                          _____
        New York, New York                     JEANNETTE A. VARGAS
                                               United States District Judge