UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BOSCH GMBH AND ROBERT BOSCH LLC, Plaintiffs, -v- THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, Defendants. | 26-CV-03986 (JAV) UNSEALING ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On June 12, 2026, this Court granted Plaintiffs' Motion to Seal the documents filed at ECF No. 8. ECF No. 13. Plaintiffs were further ordered to update the Court when there was no longer a need to keep the matter under seal. *Id.* On August 24, 2026, Plaintiffs informed the Court that the sealing order was "no longer needed, as the circumstances necessitating the seal" had been resolved. ECF No. 14. In light of Plaintiffs' notification that the seal is no longer required, the Court hereby ORDERS that the documents filed at ECF No. 8 on this case's docket be unsealed.

The Clerk of Court is directed to unseal and make publicly available ECF No. 8.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge